# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:02-cr-157-T-23MAP |
| TERRY KEITH EDMONDSON | USM Number: 40466-018 |
| | |
| | Defendant's Attorney: Maria Guzman |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through four and six through nine of the January 23, 2008, superseding petition (Doc. 43).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New conviction, burglary of a dwelling | 03/05/2006 |
| Two | New conviction, assault | 03/05/2006 |
| Three | New conviction, possession of controlled substance | 03/05/2006 |
| Four | New conviction, possession of drug paraphernalia | 03/05/2006 |
| Six | Failure to submit written monthly reports | 03/05/2006 |
| Seven | Failure to notify ten days prior to changing residence | 01/10/2006 |
| Eight | Failure to participate in drug aftercare treatment | 01/10/2006 |
| Nine | Failure to participate in mental health counseling | 12/29/2005 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The United States withdraws the violation charged in numbered paragraph five.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 17, 2008
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

March 18th, 2008
Date

DEFENDANT:     TERRY KEITH EDMONDSON                    Judgment - Page _2_ of _3_
CASE NUMBER:   8:02-cr-157-T-23MAP

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTEEN (16) MONTHS**.

_X_   The court makes the following recommendations to the Bureau of Prisons: Incarceration at Coleman, Florida.

_X_   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:    Sheet 3 - Supervised Release

DEFENDANT:    TERRY KEITH EDMONDSON    Judgment - Page 2 of 3
CASE NUMBER:  8:02-cr-157-T-23MAP

## SUPERVISED RELEASE

NO TERM OF SUPERVISED RELEASE IS IMPOSED.